# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LUIS JULIAN MAYIC,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **THOMAS HODGSON, Bristol County Sheriff,** ) <br> ) <br> Respondent. ) <br> ) | Civil Action No. 19-12534-DJC |

## SERVICE ORDER

**CASPER, J.**                                                                                         **December 19, 2019**

On December 18, 2019, Luis Julian Mayic, through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Mayic is alleged to be held in immigration custody at the Bristol County Jail and House of Correction.  He paid the $5.00 filing fee.

Upon review of the petition, the court hereby orders that:

1. The clerk shall serve a copy of the petition upon the respondent and the United States Attorney for the District of Massachusetts.

2. The respondent shall, within 21 days of this Order, file an answer or other responsive pleading.

**SO ORDERED.**

                                                                                                              /s/ Denise J. Casper
                                                                                                              Denise J. Casper
                                                                                                               United States District Judge